■ In the Matter of FERNANDO FERRER et al., Appellants, v ORLANDO VELEZ et al., Respondents, and JOSE GONZALEZ, Respondent-Respondent. (And Another Proceeding.)—Judgment, Supreme Court, Bronx County (Joseph DiFede, J.), entered on August 19, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.

■ In the Matter of DARRELL STARKEY, Appellant, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and ROBERT MORGENTHAU, Respondent-Respondent. In the Matter of ROBERT MORGENTHAU, Respondent, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and DARRELL STARKEY, Respondent-Appellant.—Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on August 20, 1985, unanimously affirmed, without costs and without disbursements. (*See, Matter of Franco v Velez*, 112 AD2d 875.) Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.